E-filing

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

, 

                Plaintiff(s),

     v.

, 

                Defendant(s).

No. C C07-01165 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

ADR

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 3/22/07

Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")