E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENRY COUSINS,

    Plaintiff(s),

v.

BILL LOCKYER, et al.,

    Defendant(s).

No. C 07-01165

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 1, 2007

Signature [signature]

Counsel for Defendant State of California
(Plaintiff, Defendant, or indicate "pro se")