1  EDMUND G. BROWN JR., Attorney General
    of the State of California
2  TYLER B. PON
    Supervising Deputy Attorney General
3  WILFRED T. FONG (State Bar No. 154303)
    Deputy Attorney General
4  1515 Clay Street
   P.O. Box 70550
5  Oakland, CA 94612-0550
   Telephone: (510) 622-2114
6  Facsimile:  (510) 622-2121

7  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HENRY COUSINS,<br><br>Plaintiff,<br><br>v.<br><br>BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER, (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL, (former) WARDEN OF MULE CREEK STATE PRISON, in her individual capacity; and JOHN/JANE DOES 1 THROUGH x,<br><br>Defendants. | CASE NO. C07-01165 SBA<br><br>**(Proposed) ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** [F.R.C.P. 12(b)]<br><br>Hearing Date: October 30, 2007<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Saundra Brown Armstrong<br>Address: 1301 Clay Street<br>            Oakland, CA 94612-5212<br><br>Complaint Filed: February 27, 2007 |
|---|---|

Defendants Bill Lockyer, Richard Rimmer and Roseanne Campbell have moved to dismiss the First Amended Complaint under Federal Rule of Civil Procedure, Rule 12(b). Having given due consideration to the papers filed and argument of counsel, and for good cause shown, the Court orders as follows:

The motion to dismiss is GRANTED. The First Amended Complaint fails to allege sufficient facts to show the existence of a cognizable legal duty owed by defendants to plaintiff. As to plaintiff's Section 1983 claims, defendants are entitled to qualified immunity as it was not clearly established that plaintiff had a constitutional right requiring the California Attorney

1 General and CDCR officials Rimmer and Campbell to personally monitor court decisions
2 affecting the validity of Penal Code statutes. As to defendant Lockyer, he is entitled to
3 prosecutorial immunity. Further, the Fifth Cause of Action fails to state a claim for relief
4 because defendants did not act with "threats, intimidation or coercion" or with discrimination
5 towards plaintiff.
6     Accordingly, the First Amended Complaint is DISMISSED with prejudice.
7 **SO ORDERED.**
8 Dated: _____

    _____
    HON. SAUNDRA BROWN ARMSTRONG
    United States District Court Judge