UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COUSINS         Plaintiff, | ) | No. C 07-01165 SBA |
| vs. | ) | CLERK'S NOTICE |
| | ) | |
| LOCKYER ET AL,<br>        Defendant. | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 13, 2007, has been continued to Tuesday, October 30, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/13/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To: