**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

WILLIAM HENRY COUSINS,           No. C 07-1165 SBA

    Plaintiff,           **FINAL JUDGMENT**

  v.

BILL LOCKYER, (FORMER) ATTORNEY GENERAL OF CALIFORNIA *ET AL.*,

    Defendants.

In accordance with the Court's Order on the defendants' Motion to Dismiss, judgment is granted in favor of the defendants on the claims brought by plaintiff. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 11/1/07                           SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge