DENNIS CUNNINGHAM, SBN 112910
W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092

Attorneys for Plaintiff
WILLIAM HENRY COUSINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HENRY COUSINS,<br><br>Plaintiff,<br><br>v.<br><br>BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL (former) WARDEN OF MULE CREEK STATE (in her individual capacity); the CALIFORNIA DEPARTMENT OF JUSTICE (DOJ), the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); the STATE OF CALIFORNIA; and JOHN/JANE DOES 1 THOUGH 20.<br><br>Defendants. | Case No. C-07-01165 SBA<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED *IN FORMA PAUPERIS* (F.R.A.P. 24 & CIV.L.R. 7-11)**<br><br><br><br>Hon. Saundra Brown Armstrong |

//

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

**LAW OFFICE OF DENNIS CUNNINGHAM**
San Francisco, Ca

**INTRODUCTION**

Plaintiff, William Henry Cousins, brought suit against these defendants alleging violation of various of his federal constitutional and state law rights arising out of his wrongful incarceration over a period of approximately one year and seven months. The essence of plaintiff's allegations is that the defendants violated his rights by keeping him in custody after the lawful basis for his custody expired when the defendants, who knew or should have known that the basis for his custody expired, failed to fulfill their constitutional and common law duties by failing to take steps to effectuate his timely release. Specifically, defendants failed to contact the sentencing court so that his sentence could be immediately vacated.

The defendants filed a motion to dismiss plaintiff's lawsuit on September 12, 2007 (Dkt. No. 13) arguing that prosecutorial and qualified immunity shielded these defendants from liability. After the plaintiff opposed and the defendants replied, and without a hearing on the matter, the Court dismissed plaintiff's lawsuit in its entirety by granting defendants' motion on October 31, 2007. (Dkt. No. 19). On November 1, 2007, this Court vacated the instant action. (Dkt. No. 20).

Now Comes the plaintiff, who hereby moves this Court for an Order granting him *In Forma Pauperis* status. Plaintiff has been unemployed for one year and cannot afford to pay the filing fees to appeal this Court's decision, or any other fees or costs.

**ARGUMENT**

**PLAINTIFF IS INDIGENT AND CANNOT PAY THE FILING FEE (OR ANY OTHER FEES OR COSTS)**

Federal Rule of Appellate Procedure 24 requires a party who wants to appeal *in forma pauperis* ("IFP") to file a motion in the district court. The motion must 1) attach the applicable form affidavit that expresses the party's inability to pay; state that the party's lawsuit includes a claim for entitlement to redress; and include a statement of the issues that the party intends to appeal.

Attached, as Exhibit A to this Administrative Motion, is plaintiff's form

1

1  Application (and affidavit) to Proceed In Forma Pauperis.  Plaintiff has been unemployed for a

2  little more than twelve months and is without the means to pay the appellate filing fee.

3  Plaintiff's lawsuit seeks compensatory and punitive damages.  Plaintiff seeks to appeal the

4  District Court's Order granting the defendants' motion to dismiss and its findings that former

5  Attorney General Bill Lockyer is entitled to prosecutorial immunity and that all the remaining

6  defendants are entitled to qualified immunity.  Plaintiff disputes both of these determinations and

7  seeks to have them overturned so that he may pursue his claims for redress.

8                                          **CONCLUSION**

9          **WHEREFORE**, plaintiff respectfully requests that this Honorable Court

10             1.  grant his motion to proceed on appeal *in forma pauperis* and grant him relief from

11  paying for the filing fee pursuant to FRAP 24(a)(5); and

12             2.  grant such further relief as the Court deems just and proper.

13          A proposed order is attached.

14                                                    Respectfully Submitted,

15       DATED: November 29, 2007

16                                                    W. GORDON KAUPP
                                                     DENNIS CUNNINGHAM
17                                                    Attorneys for William Henry Cousins

18

19                                                    By: */s/ Gordon Kaupp*_____
                                                         GORDON KAUPP

20

21

22

23

24

25

26

27

28

Law Office of Dennis Cunningham
San Francisco, Ca

DENNIS CUNNINGHAM, SBN 112910
W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092

Attorneys for Plaintiff
WILLIAM HENRY COUSINS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HENRY COUSINS, | Case No. C-07-01165 SBA |
| Plaintiff, | |
| v. | **DECLARATION OF ATTORNEY GORDON KAUPP IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED IN *FORMA PAUPERIS*** |
| BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL (former) WARDEN OF MULE CREEK STATE (in her individual capacity); the CALIFORNIA DEPARTMENT OF JUSTICE (DOJ), the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); the STATE OF CALIFORNIA; and JOHN/JANE DOES 1 THOUGH 20. | |
| Defendants. | |
| . | |

I, GORDON KAUPP, declare:

1

1.      I am an attorney licensed to practice law throughout the State of California and before this Honorable Court.  I represent plaintiff William Henry Cousins in the above entitled action.  If called as a witness, I would testify to the following from personal knowledge:

2.      Attached hereto as Exhibit A is are true and correct copies of plaintiff's application to proceed in *forma pauperis*.

3.      I am informed and believe that plaintiff is indigent and lives hand to mouth in San Leandro, despite the fact that he is able-bodied and has been seeking employment.  I am informed and believe that plaintiff's sworn *in forma pauperis* declaration concerning his financial circumstances is accurate and complete, and that his financial circumstances are such that he cannot afford to pay for the filing fee.

4.      I am informed and believe that plaintiff's Complaint in this action seeks compensatory and punitive relief.

5.      I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters stated on information or belief, and as to those matters, I believe them to be true.  Executed at San Francisco, CA on November 29, 2007.

                                          */s/ Gordon Kaupp*
                                          Gordon Kaupp

2

DECLARATION OF COUNSEL

DENNIS CUNNINGHAM, SBN 112910
W. GORDON KAUPP, SBN 226141
115 ½ Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092

Attorneys for Plaintiff
WILLIAM HENRY COUSINS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| WILLIAM HENRY COUSINS,<br><br>        Plaintiff,<br><br>    v.<br><br>BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL (former) WARDEN OF MULE CREEK STATE (in her individual capacity); the CALIFORNIA DEPARTMENT OF JUSTICE (DOJ), the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); the STATE OF CALIFORNIA; and JOHN/JANE DOES 1 THOUGH 20.<br><br>        Defendants. | Case No. C-07-01165 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN *FORMA PAUPERIS*** |

Having read and considered "Plaintiff's Administrative Motion To Proceed In *Forma Pauperis* " and for good cause shown, the Court hereby GRANTS plaintiff's motion to proceed

1

on appeal in *forma pauperis*.  Plaintiff is relieved from paying the appeal filing fee.

**IT IS SO ORDERED.**

DATE: _____                    _____
                                                Hon. SANDRA BROWN ARMSTRONG
                                                FOR THE U.S. DISTRICT COURT

PLAINTIFF'S PROPOSED ORDER GRANTING IFP STATUS

*Exhibit A*

Clear Form

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9

10  WILLIAM HENRY COUSINS )
                                          )
11                          Plaintiff, )  CASE NO. 07-cv-01165-SBA
                                          )
12       vs.                              )  **APPLICATION TO PROCEED**
                                          )  **IN FORMA PAUPERIS**
13  BILL LOCKYER, (former) ATTORNEY )  **(Non-prisoner cases only)**
    GENERAL OF CALIFORNIA, in his individual )
14  capacity; et al                    )
                            Defendant. )
                                          )
15

16       I, William "Bill" Henry Cousins_____, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21       In support of this application, I provide the following information:

22  1.    Are you presently employed?              Yes ____  No ✔

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _____  Net: _____

26  Employer: _____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  November 6, 2006. At the time I was earning approximately $1,000 in total wages per month.

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or                Yes ____  No ✔

8              self employment?

9        b.    Income from stocks, bonds,             Yes ____  No ✔

10             or royalties?

11       c.    Rent payments?                         Yes ____  No ✔

12       d.    Pensions, annuities, or                Yes ____  No ✔

13             life insurance payments?

14       e.    Federal or State welfare payments,     Yes ✔  No ____

15             Social Security or other govern-

16             ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  General Assistance, $148 per month.

20  _____

21  3.    Are you married?                            Yes ____  No ✔

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____  Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  0  _____

3  _____

4  5.    Do you own or are you buying a home?        Yes ____ No __✔__

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?        Yes __✔__ No ____

7  Make __Nissan_____ Year __1990_____ Model __240 SX_____

8  Is it financed? Yes _____ No __✔__ If so, Total due: $ _____

9  Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes __✔__ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: __Bank of the West, East 14th Street, San Leandro, CA 94577__

12  _____

13  Present balance(s):  $ __100.00_____

14  Do you own any cash?  Yes __✔__ No ____  Amount: $ __100.00_____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                    Yes ____ No __✔__

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ __100_____  Utilities: __0_____

20  Food: $ __110_____  Clothing: __0_____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____  $ _____  $ _____

24  _____  $ _____  $ _____

25  _____  $ _____  $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  No.  _____

- 3 -

1

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ____ No ✔

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    _11-/21/07_____                    _____

12          DATE                        SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -