1  DENNIS CUNNINGHAM, SBN 112910
   W. GORDON KAUPP, SBN 226141
2  115 ½ Bartlett Street
   San Francisco, California 94110
3  Telephone: (415) 285-8091
4  Facsimile: (415) 285-8092

5  Attorneys for Plaintiff
6  WILLIAM HENRY COUSINS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM HENRY COUSINS, | Case No. C-07-01165 SBA |
| Plaintiff, | |
| v. | |
| BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL (former) WARDEN OF MULE CREEK STATE (in her individual capacity); the CALIFORNIA DEPARTMENT OF JUSTICE (DOJ), the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); the STATE OF CALIFORNIA; and JOHN/JANE DOES 1 THOUGH 20. | **PLAINTIFF'S NOTICE OF APPEAL (F.R.A.P. 3)**<br><br>Hon. Saundra Brown Armstrong |
| Defendants. | |

//

**NOTICE**

**TO:** The Clerk of this District Court, this Honorable Court, the defendants and their attorneys: PLEASE TAKE NOTICE that plaintiff, William Henry Cousins, through his undersigned counsel, hereby appeals Hon. Saundra Brown Armstrong's October 31, 2007 Order granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 19), and the Court's Final Judgment on November 1, 2007 (Dkt. No. 20), vacating the instant action. Plaintiff is making his appeal to the United States Court of Appeals for the Ninth Circuit.

The defendants in this appeal are former California Attorney General Bill Lockyer, former Director of the California Department of Corrections and Rehabilitation Richard Rimmer, former Warden of Mule Creek State Prison Roseanne Campbell, and John and Jane Does 1-x inclusive.

TAKE FURTHER NOTICE that Plaintiff is notifying the Clerk pursuant to FRAP 10(b) that there was no hearing in this matter and therefore no transcript will be ordered.

DATED: December 3, 2007

Respectfully submitted,

W. GORDON KAUPP
DENNIS CUNNINGHAM
Attorneys for William Henry Cousins

By: */s/ Gordon Kaupp*
      GORDON KAUPP

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca