UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
JAN 11 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM HENRY COUSINS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>BILL LOCKYER, (former) Attorney General of California, in his official capacity; et al.,<br><br>    Defendants - Appellees. | No. 07-17216<br><br>D.C. No. CV-07-01165-SBA<br>Northern District of California, Oakland<br><br>ORDER |

Based on the circumstances cited, appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due March 17, 2008; the answering brief is due April 16, 2008; and the optional reply brief is due 14 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

For the Court:

MOLLY C. DWYER
Acting Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 1.7