**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM HENRY COUSINS, | No. C 07-1165 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 21] |
| BILL LOCKYER, (FORMER) ATTORNEY GENERAL OF CALIFORNIA, *et al.*, | |
| Defendants. | |

This matter came before the Court on Plaintiff William Henry Cousin's ("Plaintiff") application to proceed *in forma pauperis* ("IFP Application"). The Court considered Plaintiff's IFP Application and on October 29, 2008, DENIED WITH LEAVE TO AMEND. [Docket No. 24]. Upon further information, the Court now DENIES AS MOOT the plaintiff's IFP application for the reasons that his IFP Application to the Ninth Circuit has been GRANTED.

IT IS SO ORDERED.

November 14, 2008

_____
Saundra Brown Armstrong
United States District Judge