| | |
|---|---|
| 1 | DENNIS CUNNINGHAM, SBN 112910 |
| 2 | W. GORDON KAUPP, SBN 226141<br>115 ½ Bartlett Street |
| 3 | San Francisco, California 94110<br>Telephone: (415) 285-8091 |
| 4 | Facsimile: (415) 285-8092 |
| 5 | Attorneys for Plaintiff |
| 6 | |
| 7 | EDMUND G. BROWN JR., Attorney General<br>of the State of California |
| 8 | TYLER B. PON<br>Supervising Deputy Attorney General |
| 9 | WILFRED T. FONG (State Bar No. 154303)<br>Deputy Attorney General |
| 10 | 1515 Clay Street<br>P.O. Box 70550 |
| 11 | Oakland, CA 94612-0550<br>Telephone: (510) 622-2114 |
| 12 | Facsimile: (510) 622-2121 |
| 13 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM HENRY COUSINS,<br><br>    Plaintiff,<br><br>v.<br><br>BILL LOCKYER, (former) ATTORNEY GENERAL OF CALIFORNIA, in his individual capacity; RICHARD RIMMER (former) DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), in his individual capacity; ROSEANNE CAMPBELL (former) WARDEN OF MULE CREEK STATE (in her individual capacity); and JOHN/JANE DOES 1 THROUGH x.<br><br>    Defendants. | Case No. C-07-01165 SBA<br><br>**JOINT STIPULATION FOR ORDER DISMISSING ACTION**<br><br>**Judge:**    Hon. Saundra B. Armstrong |

1

JOINT STIPULATION FOR ORDER DISMISSING ACTION

The parties, through their respective counsel, hereby stipulate that the within action may be dismissed without prejudice to be succeeded by another action in a Superior Court of this State pursuant to Fed.R.Civ.P. 1367(d).

Dated: January 25, 2010       LAW OFFICE OF DENNIS CUNNINGHAM

By:    /s/ Gordon Kaupp
       W. GORDON KAUPP
       Attorneys for Plaintiff

Dated: January 25, 2010      OFFICE OF THE
CALIFORNIA ATTORNEY GENERAL

By:    /s/ Wil Fong
       WILFRED T. FONG
       Attorneys for Defendants

IT IS SO ORDERED

DATED: 1/26/10       _____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge

JOINT STIPULATION FOR ORDER DISMISSING ACTION